FILED

MAR - 6 2019

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | **INDICTMENT** |
| v. | § § § | Case No.: SA19-CR0152 XR |
| RICK BENAVIDES, | § § § § | [Violation: COUNT ONE: 18 U.S.C. § 2422(b), Attempted Coercion and Enticement of a Minor.] |
| *Defendant* | § § § § | |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
[18 U.S.C. § 2422(b)]

Beginning on or about February 11, 2019, and continuing through on or about February 20, 2019, in the Western District of Texas, Defendant,

**RICK BENAVIDES**

did use the mail or any facility or means of interstate and foreign commerce, to knowingly persuade, induce, entice, and coerce any individual who had not attained the age of 18 years to engage in any sexual activity for which any person can be charged with a criminal offense, to wit: Sexual Abuse of a Minor, or attempted to do so, all in violation of Title 18, United States Code, Section 2422(b).

<u>NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE</u>
[*See* Fed. R. Crim. P. 32.2]

**I.**
<u>Coercion and Enticement of a Minor Violation and Forfeiture Statutes</u>
[Title 18 U.S.C. § 2422(b), subject to forfeiture pursuant to
Title 18 U.S.C. § 2428 (a)(1) and (2)]

As a result of the foregoing criminal violations in Count One, the United States of America gives notice to the Defendant of its intent to seek the forfeiture of certain property upon conviction and pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. § 2428(a)(1) and (2), which state:

> **Title 18 U.S.C. § 2428. Forfeitures**
> **(a) In general.** - The court, in imposing sentence on any person convicted of a violation of this chapter, shall order, in addition to any other sentence imposed and irrespective of any provision of State law, that such person shall forfeit to the United States-
>> (1) such person's interest in any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and
>>
>> (2) any property, real or personal, constituting or derived from any proceeds that such person obtained, directly or indirectly, as a result of such violation.

This Notice of Demand for Forfeiture includes but is not limited to the property described below:

1. One Samsung Galaxy Note 9 cellphone with an additional SIM card, and
2. 2 Micro SD cards with 2 SD adapters.

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

JOHN F. BASH
United States Attorney

By: _____
BETTINA RICHARDSON
Assistant United States Attorney
601 NW Loop 410, Suite 600
San Antonio, Texas 78216-5512